IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

WILLIE FLOYD ROBINSON, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:18-CV-881-WHA
) [WO]
WARDEN MIKE HENLINE, *et al.*, )
)
    Defendants. )

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on November 29, 2018. Doc. 12. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

Final Judgment will be entered accordingly.

Done, this 18th day of December 2018.

                                      /s/ W. Harold Albritton
                                      W. HAROLD ALBRITTON
                                      SENIOR UNITED STATES DISTRICT JUDGE